**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-01249-CV

---

### IN RE GEICO ADVANTAGE INSURANCE COMPANY AND CELIA STEFL, Relators

---

### Original Proceeding from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 2-DC-16-06754

---

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the petition for writ of mandamus, and **DIRECT** the trial court to render an order vacating the court's August 22, 2016 order for separate trials, vacating the court's September 23, 2016 order denying motion to reconsider, granting relators' motion to sever and abate, severing Thorpe's extracontractual and unfair settlement claims from the UIM liability claims, and abating the severed claims.

We **ORDER** the trial court to file with this Court, within fifteen (15) days of the date of this order, a certified copy of its order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue.

The stay granted by this Court on November 29, 2016 will remain in effect until the trial court complies with the Court's opinion of this date and this order.


/s/     MOLLY FRANCIS
            JUSTICE